# TRAVIS A. GAGNIER
ATTORNEY AT LAW
33507 NINTH AVENUE SOUTH, BLDG. F
FEDERAL WAY, WA 98003
**253-941-0234 (Main)**
www.bestbk.com

SEATTLE OFFICE
1420 Fifth Avevue, Suite 2200
Seattle, WA 98101
206-622-0123

SOUTHCENTER OFFICE
14900 Interurban Avenue S., Suite 271
Seattle, WA 98168
253-852-8114

December 26, 2022

Case #: 22-41287
Re: Leah Heilprin

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 09/19/2022 | TAG | Initial meeting with client re: options, newer job and questions. | 450.00 | 0.50 | 225.00 |
| 09/30/2022 | JR | Intake meeting with client, going over paperwork, assisting with questions on forms and of clients. | 200.00 | 0.90 | 180.00 |
| | JR | Begin preparation of petition, plan and schedules. | 200.00 | 0.30 | 60.00 |
| | JR | Prepared list for client of documents and information we still need from them, deadline for same and instructions on how to get the information to us. | 200.00 | 0.20 | 40.00 |
| 10/03/2022 | TAG | Work on plan, schedules and draft of plan/pmts for review w/ client. Due to collections, we will file the case on emergency basis. | 450.00 | 0.35 | 157.50 |
| 10/04/2022 | JR | Continued work with client re: intake, paperwork. Reviewed several documents, formatted and send client additional stuff needed | 200.00 | 0.40 | 80.00 |
| 10/05/2022 | TAG | Review of e-petition w/ client prior to filing, went over plan and questions. Notes to para re: e-filing stopping collections or creditor issues. | 450.00 | 0.40 | 180.00 |
| | JR | Work on case, emergency filing, revised/finalized same. | 200.00 | 0.40 | 80.00 |
| | JR | Prepared letter to client re: 341 meeting with map and other instructions. | 200.00 | | 0.00 |
| | JR | Prepared letter to client re: filing case and approximate plan payment amount. Informed client again that we are still needing:<br>1. MoneyLion statement or transaction history for your account for the time period of September 1, 2022 through October 6, 2022<br>2. BECU stmnt or history for your accounts ending 7450 & 7468 for the time period of August 27, 2022 through October 6, 2022<br>3. BoA stmnt or history for your account ending 1736 for the time period of September 14, 2022 through October 6, 2022<br>4. Cash App stmnt or history for your account for the time period of September 1, 2022 through October 6, 2022<br>5. PayPal stmnt or history for your account for the time period of September 1, 2022 through October 6, 2022 | 200.00 | 0.35 | 70.00 |
| | TAG | Review and sign initial letters/instructions to clients RE: payments, court dates. Check status regarding stayed actions. | 450.00 | 0.10 | 45.00 |
| | JR | Telephone call with client re: everything emailed to her. Going over questions. | 200.00 | 0.20 | 40.00 |
| 10/06/2022 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: MoneyLion | ==450.00== | ==0.10== | ==45.00== |

|            |     | Leah Heilprin |                                      | Statement Date: | 12/26/2022 |
|            |     | Account No.   | 2981.00                              | Statement No.   | 27770      |
|            |     |               |                                      | Page No.        | 2          |

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/10/2022 | JR | Work on trustee information sheet, assembling same for review by attorney prior to upload to trustee. Noted items of interest for TAG to review. | 200.00 | 0.50 | 100.00 |
| 10/12/2022 | JR | FU with client re: DOF, updated paystubs needed. | 200.00 | 0.10 | 20.00 |
|  | JR | Continued work on schedules, plan and statements for filing of the balance of same with court by the deadline. | 200.00 | 0.60 | 120.00 |
| 10/14/2022 | TAG | Work on plan, schedules for completion. Notes to para re: questions, pw and f/u with client. | 450.00 | 0.40 | 180.00 |
| 10/17/2022 | JR | FU with client re: DOF and questions to complete her schedules. Client was going to have everything over this weekend. | 200.00 | 0.10 | 20.00 |
|  | JR | Several emails with client re: DOF. Assisted client in pulling DOF statements, sending updated list. | 200.00 | 0.30 | 60.00 |
|  | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: US Dept of Ed | ==450.00== | ==0.10== | ==45.00== |
| 10/18/2022 | JR | Telephone call with client re: DOF. Logging into accounts for the client and seeing if I can find the information. Client provided information on the car loan her mom has. After researching MoneyLion for a while, it appears you can only get the statements through the app and not online. | 200.00 | 0.40 | 80.00 |
|  | JR | Continued work on schedules, plan and statements for filing of the balance of same with court by the deadline. | 200.00 | 1.10 | 220.00 |
| 10/19/2022 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: LVNV Funding | ==450.00== | ==0.10== | ==45.00== |
| 10/20/2022 | JR | Email with client re: DOF | 200.00 |  | 0.00 |
|  | TAG | Review meeting w/ client re: plan, schedules and completion. | 450.00 | 0.40 | 180.00 |
|  | TAG | Revisions re: tickets, other per review. Notes to para re: finalizing completion. | 450.00 | 0.35 | 157.50 |
|  | CB | Work on case to finalize plan, schedules following review with atty. Instructions to JR re: completion letter details. | 200.00 |  | 0.00 |
| 10/21/2022 | JR | Prepare completion letter and send to client with final plan payment amount, and terms of plan. | 200.00 | 0.30 | 60.00 |
|  | TAG | Review and approve TIS | 450.00 | 0.20 | 90.00 |
|  | TAG | Review of completion notes. Review/sign initial letters/instructions to clients re: payments, court dates and follow-up items. | 450.00 | 0.10 | 45.00 |
|  | JR | Email with client re: plan payments, other questions on process, hearing, etc. | 200.00 |  | 0.00 |
| 10/24/2022 | JR | Email with client re: plan payments. Advised client to check her paycheck and let me know. | 200.00 |  | 0.00 |

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 10/26/2022 | JR | Reviewed several panicked emails from client received after closing. Responded and pointed out the page number on the schedules we sent her showing the lease she broke is listed. | 200.00 | 0.20 | 40.00 |
| 10/27/2022 | JR | Reviewed letter from Employment Security. Fwd to client as a FYI on its being able to offset/collect if she claims unemployment again later. | 200.00 | 0.20 | 40.00 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: King County Ct | 450.00 | 0.10 | 45.00 |
| 10/31/2022 | GJ | Review file; review trustee website; prepare 341 Report. | 450.00 | 0.50 | 225.00 |
| | JR | Email with client re: debt from after she filed. Advised she cannot add it to her case. | 200.00 | 0.10 | 20.00 |
| | TAG | Review of case and respond to client re: discharging (or trying to discharge) the student loans. | 450.00 | 0.20 | 90.00 |
| | TAG | Continued back and forth with client re: list of questions. Moved up meeting for pre-hearing from Wed. Meeting with client re: upcoming hearing, questions and issues. Review of 341 report, file and issues prior to meeting. Notes to file, staff re: file prep and f/u items. | 450.00 | 0.40 | 180.00 |
| 11/02/2022 | CB | Work on case, prep and documents for 341 meeting. Follow up on TIS documents to trustee. | 200.00 | 0.25 | 50.00 |
| 11/03/2022 | TAG | Appear and represent client at 341 meeting of creditors. Two cases on 9 am docket. | 450.00 | 0.45 | 202.50 |
| | TAG | Notes to file re: 341 meeting, next steps for confirmation. Need to f/u on new job info, wage order and car registration to tee. | 450.00 | 0.35 | 157.50 |
| 11/04/2022 | JR | Email with client with what if she gets a new job | 200.00 | 0.10 | 20.00 |
| 11/05/2022 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Merrick Bank | 450.00 | 0.10 | 45.00 |
| 11/07/2022 | JR | Prepared amended Schedule F adding additional creditors. Prepare and send C&D to PSE. Prepared proof of service re: same. | 200.00 | 0.40 | 80.00 |
| | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Quantum 3 | 450.00 | 0.10 | 45.00 |
| 11/08/2022 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: American First | 450.00 | 0.10 | 45.00 |
| 11/09/2022 | JR | Reviewed case creditors, additional creditor needs to be added. Advised client to go through her paperwork etc. and send me a list. | 200.00 | 0.20 | 40.00 |
| | JR | Received DOF statements, redacted and fwd to Trustee. | 200.00 | 0.20 | 40.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Leah Heilprin | Statement Date: | 12/26/2022 |  |
|  |  | Account No.    2981.00 | Statement No. | 27770 |  |
|  |  |  | Page No. | 4 |  |
|  |  |  | Rate | Hours |  |
| 11/10/2022 | JR | Email with client again providing where to mail her plan payment as the wage order has not started. | 200.00 |  | 0.00 |
| 11/12/2022 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: LVNV Funding | 450.00 | 0.10 | 45.00 |
| 11/15/2022 | JR | Emails with client, she accepted a new position at work. | 200.00 |  | 0.00 |
|  | JR | Review of new employment information, fwd to Heather at the Trustee to change the wage order. Client advised to send the paystubs when she gets them. | 200.00 | 0.30 | 60.00 |
| 11/17/2022 | JR | Responded to emails from client re: questions. Forward to atty for further comment. | 200.00 | 0.20 | 40.00 |
|  | TAG | Call w/ client that we are going over and over things and just need to settle in and get the case confirmed. If she has new issues/concerns, we are here to help, but not repeatedly going over the same ground/questions. | 450.00 |  | 0.00 |
| 11/21/2022 | JR | Received additional creditor from client, amended F. | 200.00 | 0.30 | 60.00 |
| 11/22/2022 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: PES | 450.00 | 0.10 | 45.00 |
|  | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Capital One | 450.00 | 0.10 | 45.00 |
| 11/23/2022 | JR | Email to client re: where to make the payment to the Trustee for the week she is not getting paid. | 200.00 |  | 0.00 |
| 11/28/2022 | JR | Email with client re: progressive leasing | 200.00 |  | 0.00 |
| 12/11/2022 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: FinWise Bank | 450.00 | 0.10 | 45.00 |
| 12/14/2022 | GJ | Review proof of claim for possible objection as incorrectly filed as secured, unsecured or priority, review for allowability of same re: Portfolio Recovery- 2 claims | 450.00 | 0.10 | 45.00 |
|  | TAG | Work on issues re: student loans. Meeting w/ client re: same, questions on schooling, job and amount borrowed. Went to school for about 10 years for CC degree. | 450.00 | 0.40 | 180.00 |
| 12/15/2022 | GJ | Review file; review Student Loan proof of claim; draft Complaint re Dischargeability of Student Loans | 450.00 | 0.60 | 270.00 |
|  | TAG | Review, revise and finalize complaint re: student loan dischargeability. Call w/ client re: same. | 450.00 | 0.30 | 135.00 |
| 12/16/2022 | SH | Prepared letter to client re: case being confirmed, next steps and advised client to get financial management course completed. | 145.00 |  | 0.00 |

|            |     |                                                                                                                                      | Rate   | Hours |         |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------|--------|-------|---------|
| 12/17/2022 | GJ  | Review file. Evaluate feasibility of plan after passage of bar date; prepare feasibility report.                                     | 450.00 | 0.25  | 112.50  |
| 12/18/2022 | GJ  | Draft Plaintiff's Notice of Consent & Final Adjudication; draft Certificate of Service re Summons & Complaint Upon Defendants        | 450.00 | 0.20  | 90.00   |
| 12/20/2022 | TAG | Review of feasibility report from GJ. Notes to para on case re: same, f/u items.                                                     | 450.00 |       | 0.00    |
| 12/26/2022 | CB  | Prepare fee itemization from beginning of case to date. Forward Motion to TAG for review.                                            | 200.00 | 0.80  | 160.00  |
|            | TAG | Review Motion for Original Approval of Professional Fees. Finalize and return to CB for filing w/ the court.                         | 450.00 | 0.35  | 157.50  |
|            |     | For Current Services Rendered                                                                                                        |        | 17.40 | 5,480.00|

Recapitulation

| Title               | Hours | Rate     | Total     |
|---------------------|-------|----------|-----------|
| Senior Attorney -TAG| 5.25  | $450.00  | $2,362.50 |
| Of Counsel - GJ     | 2.75  | 450.00   | 1,237.50  |
| Sr. Paralegal       | 9.40  | 200.00   | 1,880.00  |

Expenses

| 10/20/2022 | Postage re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 69 units. | 41.40 |
| 10/20/2022 | Copies re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 69 units.  | 27.60 |
| 11/07/2022 | Postage re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 2 units.  | 1.20  |
| 11/07/2022 | Copies re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 2 units.   | 0.80  |
| 11/07/2022 | Filing fee to amend Schedule F and mailing matrix.                               | 32.00 |
| 11/21/2022 | Filing fee to amend Schedule F and mailing matrix.                               | 32.00 |
| 11/21/2022 | Postage re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 1 unit.   | 0.60  |
| 11/21/2022 | Copies re: full ntc mailings - Chapter 13 Plan and 341 Court Notice - 1 unit.    | 0.40  |
| 12/20/2022 | Postage re: Summons & Complaint                                                  | 3.00  |
| 12/26/2022 | Postage re: full ntc mailings - Motion for Attorney Fees and Costs - 81 units.   | 48.60 |
| 12/26/2022 | Copies re: full ntc mailings - Motion for Attorney Fees and Costs - 81 units.    | 24.30 |
|            | Total Expenses                                                                   | 211.90|

Total Current Work                                                                              5,691.90

Balance Due                                                                                    $5,691.90

*GJ WRITE DOWN*

1.2   x ($450.00 - $275.00) =        $(210.00)

                                     $5,481.90